(No. 6274—

LEANDREW MOORE, d/b/a STAR MOVERS, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed January 11, 1972.*

LEANDREW MOORE, d/b/a STAR MOVERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6279—

JOHN G. SMITH, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF INSURANCE, Respondent.

*Opinion filed January 11, 1972.*

JOHN G. SMITH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.